IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JULIA HAART, | § | |
| | § | No. 333, 2022 |
| Petitioner Below, Appellant, | § | |
| | § | |
| v. | § | |
| | § | Court Below: Court of Chancery |
| SILVIO SCAGLIA, | § | of the State of Delaware |
| | § | |
| Respondent Below, Appellee, | § | |
| | § | |
| and | § | |
| | § | C.A. No. 2022-0145 |
| | § | |
| FREEDOM HOLDING, INC., and | § | |
| ELITE WORLD GROUP, LLC, | § | |
| | § | |
| Nominal Respondents Below, | § | |
| Appellees. | § | |

Submitted: March 1, 2023
Decided: April 5, 2023

Before, **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# **O R D E R**

This 5th day of April 2023, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Order Vacating Status Quo Order, dated May 26, 2022, its Post-Trial Memorandum Opinion, dated August 4, 2022, and the Order and Final Judgment, dated September 9, 2022;

NOW THEREFORE IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:

_/s/ Karen L. Valihura_
Justice